IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WAYNE R. SHAW, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV165 |
| | ) | |
| v. | ) | |
| | ) | |
| GAINEY TRANSPORTATION SERVICES, INC., and WILLIAM LOOYE, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiffs' motion for remand/abstention (Filing No. 11). The Court finds defendants should be respond to the motion. Accordingly,

IT IS ORDERED that defendants shall show cause on or before May 3, 2010, why this action should not be remanded to the District Court of Douglas County, Nebraska.

DATED this 27th day of April, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court